IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ONSOMBLE, INC. | ) |
| | ) |
| v. | ) NO. 3-16-493 |
| | ) JUDGE CAMPBELL |
| MARIA O'ROURKE | ) |

ORDER

Pending before the Court is Defendant's Motion to Transfer (Docket No. 14). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is transferred to the United States District Court for the Northern District of California.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE