UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ONSOMBLE, INC.,

    Plaintiff,

vs.

MARIA O'ROURKE,

    Defendant.
_____/

Case No. 3:16-CV-0493
Judge Campbell
Magistrate Judge Bryant

## NOTICE OF FACTUAL CLARIFICATION
## REGARDING ORDER ON MOTION TO TRANSFER

    Defendant Maria O'Rourke ("O'Rourke"), by and through her counsel, hereby gives notice of a factual clarification regarding this Court's June 2, 2016 Memorandum (Doc. 27) and Order (Doc. 28) on O'Rourke's Motion to Transfer (Doc. 14) this case to the Northern District of California. It is factually incorrect that O'Rourke has a pending case in the Northern District of California. Rather, O'Rourke has a case that was initial filed in California state court in Marin County against OnSomble, Inc., that during the pendency of the Motion to Transfer was itself transferred to California state court in Los Angeles. While O'Rourke still believes transfer of this case to the Northern District of California is proper, we wanted to promptly inform the Court of this factual issue so that it can take whatever steps it deems just and proper in relation to the Motion to Transfer.

    Respectfully submitted,

    AARON & SANDERS PLLC

    s/ Paul R. McAdoo
    Richard G. Sanders

TN BPR No. 023875  
Paul R. McAdoo  
TN BPR No. 34066  
810 Dominican Dr., Ste 208  
Nashville, TN 37228  
Tel: (615) 577-0991  
Fax: (615) 250-9807  

paul@aaronsanderslaw.com  

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 3rd day of June, 2016, to:

John Tennyson  
Tennyson & Associate  
1801 West End Ave., Suite 800  
Nashville, TN 37203  
(615)506-3108  
jtennyson@nashville-law.com  

        s/ Paul R. McAdoo  
        Attorney