IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ONSOMBLE, INC. | ) |
| | ) |
| v. | ) NO. 3-16-493 |
| | ) JUDGE CAMPBELL |
| MARIA O'ROURKE | ) |

ORDER

Defendant has filed a Notice of Factual Clarification (Docket No. 29) regarding this Court's prior Order (Docket No. 28). Plaintiff shall file a Response to Defendant's Notice by June 10, 2016. Until that time, the Court's prior Order (Docket No. 28) and the transfer are held in abeyance.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE