ORDER:
The motion is **GRANTED**.

*[signature]*
Alistair E. Newbern
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **OnSomble, Inc.,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:16-cv-493 |
| **Maria O'Rourke,** | ) Judge Crenshaw |
| | ) Magistrate-Judge Newbern |
| Defendant. | ) |

**Defendant's Motion for Leave to File Under Seal**

Pursuant to Fed. R. Civ. P. 26(b)(5)(B) and this Court's inherent power, Defendant, Maria O'Rourke, moves for leave to file the following documents under seal:

- Exhibits 1-3 to Defendant's Motion for Determination of Privilege (Doc. 77);
- The un-redacted version of the Memorandum of Law in Support of Defendant's Motion for Determination of Privilege (Doc. 78).

Under Fed. R. Civ. P. 26(b)(5)(B), the documents being presented to the Court for a determination of claims of privilege *must* be filed under seal. Exhibits 1-3 to Defendant's Motion for Determination of Privilege are being so presented to the Court, and, therefore, they must be sealed, unless and until the Court determines they are not subject to privilege. In addition, references to the contents of Exhibits 1-3 in the Memorandum of Law have been redacted for the same reason, and the un-redacted version should be sealed unless, until and to the extent that the Court determines some or all of Exhibits 1-3 not be subject to privilege.

1