# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| OnSomble, Inc., | Case No. 3:16-cv-00493 |
| | District Judge Waverly Crenshaw |
| Plaintiff, | Magistrate Judge Alistair Newbern |
| v. | |
| Maria O'Rourke, | |
| Defendant. | |
| | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

Plaintiff OnSomble, Inc. hereby moves for the undersigned Edward D. Lanquist, Jr. and Scott M. Douglass to be substituted as counsel of record for Plaintiff in place of John Tennyson. Edward D. Lanquist, Jr. and Scott M. Douglass are admitted to practice in Tennessee and in this Court and are attorneys in good standing. Defendant Maria O'Rourke has no objection to this motion. Mr. Tennyson has been informed of the motion.

Therefore, Plaintiff requests entry of an Order reflecting the substitution of Edward D. Lanquist, Jr. and Scott M. Douglass as counsel for Plaintiff in this matter. A proposed order is included herewith.

Respectfully submitted,

/s/ Edward D. Lanquist, Jr.
Edward D. Lanquist, Jr. (BPR 13303)
Scott M. Douglass (BPR 31097)
Patterson Intellectual Property Law, P.C.
Suite 500, Roundabout Plaza
1600 Division Street

1

Nashville TN 37203  
(615) 242-2400  
edl@iplawgroup.com  
smd@iplawgroup.com  

*Attorneys for Plaintiff OnSomble, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL was served via the Court's CM/ECF system, in accordance with LR 5.03 of the Local Rules of this Court, on July 19, 2017, upon all counsel of record including:

Paul R. McAdoo
Aaron Sanders PLLC
810 Dominican Drive, Suite 208
Nashville, TN 37228-1906
paul@aaronsanderslaw.com

Richard G. Sanders, Jr.
Aaron Sanders PLLC
810 Dominican Drive, Suite 208
Nashville, TN 37228-1906
rick@aaronsanderslaw.com

John Tennyson
Tennyson & Wiggington
1800 West End Avenue, Suite 800
Nashville, TN 37219
jtennyson@nashville-law.com

/s/ Scott M. Douglass
Scott M. Douglass