IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **OnSomble, Inc.,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-493 |
| | ) | |
| **Maria O'Rourke,** | ) | Judge Crenshaw |
| | ) | Magistrate-Judge Newbern |
|     Defendant. | ) | |
| | ) | |

**Motion for Leave to File Reply in Support of Defendant's Motion for Determination of Privilege**

In accordance with Local Rule 7.01(b), the Defendant, Maria O'Rourke, moves this Court for leave to file a reply in further support of her Motion for Determination of Privilege (Doc. 77). The proposed reply brief addresses several issues raised in Plaintiff's Response in Opposition to Defendant's Motion for Determination of Privilege (Doc. 85). Further, since Plaintiff bears the burden of proving that the documents at issue are privileged, it is appropriate that Defendant be permitted an opportunity to respond to what is in effect are Plaintiff's prima facie arguments. The proposed reply brief is attached hereto.

                                                  s/Richard G. Sanders/
                                                  Richard G. Sanders (Tenn. BPR No. 23875)
                                                  Paul R. McAdoo (Tenn. BPR No. 34066)
                                                  Aaron & Sanders, PLLC
                                                  810 Dominican Dr., Ste. 208
                                                  Nashville, TN 37228-1906
                                                  (615) 734-1188
                                                  Fax: (615) 250-9807
                                                  rick@aaronsanderslaw.com
                                                  paul@aaronsanderslaw.com

                                                  *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR DETERMINATION OF PRIVILEGE is being filed and will be furnished via CM/ECF on this the 19th day of July, 2017, to:

John Tennyson
Tennyson & Wiggington
1801 West End Ave., Ste. 800
Nashville, TN 37203

Edward D. Lanquist, Jr.
Scott M. Douglass
Patterson Intellectual Property Law, P.C.
Roundabout Plaza, Ste. 500
1600 Division St.
Nashville, TN 37203

                                                s/Richard G. Sanders
                                                Attorney for Defendant